AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-cr-00487 |
| NICHOLAS L. KENNEDY | ) Assigned To : Kollar-Kotelly, Colleen |
| also known as "Nick" | ) Assign. Date : 7/23/2021 |
| | ) Description: INDICTMENT (B) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   NICHOLAS L. KENNEDY,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) (Civil Disorders)
18 U.S.C. §§ 1512(c)(2), 2 (Obstruction of an Official Proceeding)
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building)
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building)

Date: 07/23/2021

Digitally signed by G. Michael Harvey
Date: 2021.07.23 16:23:56 -04'00'

*Issuing officer's signature*

City and state:   Washington D.C.      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7-26-21, and the person was arrested on *(date)* 7-28-21
at *(city and state)* Sikeston, MO.

Date: 7-28-21

*Arresting officer's signature*

Matthew Schott, Special Agent
*Printed name and title*