IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. ) No. 1:21CR00487 CKK<br>)<br>NICHOLAS L. KENNEDY, )<br>)<br>Defendant. ) | |

## MOTION FOR CONTINUANCE

Nicholas Kennedy by and through his undersigned attorney, Assistant Federal Public Defender, Scott Tilsen, respectfully moves the Court for an order continuing the status conference currently scheduled for August 27th, 2021 to on or after September 15th, 2021 and further, to find that the delay occasioned by this motion to assure availability of counsel for the defendant and the United States serves the ends of justice and outweighs the interests of the public or the defendant in a speedier trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) after due consideration of the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(i) – (iv).

Counsel for the defendant has conferred with counsel for the United States and the attorney for the United States concurs in this request.

Respectfully submitted,

/s/Scott Tilsen
Scott F. Tilsen
Assistant Federal Public Defender
Minnesota Bar No. 11005
325 Broadway, 2nd Floor
Cape Girardeau, Missouri 63701
Telephone: (573) 339-0242
Fax: (573) 339-0305
E-mail: scott_tilsen@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 12, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the United States Attorney's Office.

              /s/Scott Tilsen
              Scott F. Tilsen