

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

September 10, 2021

**Via Email:** scott_tilsen@fd.org

Scott F. Tilsen
Federal Public Defender
325 Broadway
Cape Girardeau, MO 63701

> **Re:** *United States v. Nicholas K. Kennedy*
> **Case Nos. 21-CR-487 (CKK)**

Dear Counsel:

    This afternoon I uploaded to USAfx the items listed in Attachment A to this letter. Please let me know if you have any questions or issues accessing these items.

    Sincerely,

    *s/ Christopher K. Veatch*
    CHRISTOPHER K. VEATCH
    Assistant United States Attorney

Attachments

ATTACHMENT A TO SEPTEMBER 10, 2021
PRELIMINARY DISCOVERY LETTER

| Production Date | Protective Order Sensitivity | Document Date | Title | File Name | Bates (1st Page) |
|---|---|---|---|---|---|
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |

U.S. v. N. Kennedy, 21CR487