

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

September 11, 2021

**Via Email:** scott_tilsen@fd.org

Scott F. Tilsen
Federal Public Defender
325 Broadway
Cape Girardeau, MO 63701

   Re:  *United States v. Nicholas K. Kennedy*
      **Case Nos. 21-CR-487 (CKK)**

Dear Counsel:

   This afternoon I uploaded to USAfx the items identified in Attachment A to this letter as having been produced on September 11, 2021. In addition, a revised version of the materials produced on September 9, 2021 have been uploaded to USAfx to correct sensitivity designation and file content errors. Please delete the original version of the September 9, 2021 production to avoid inadvertent mishandling of highly sensitive materials.

   We apologize for any inconvenience caused by this error. Please let me know if you have any questions.

      Sincerely,

      *s/ Christopher K. Veatch*
      CHRISTOPHER K. VEATCH
      Assistant United States Attorney

Attachment

# Attachment A - Discovery Index
## (as of September 11, 2021)

| Production Date | Protective Order Sensitivity | Document Date | Title | File Name | Bates (1st Page) |
|---|---|---|---|---|---|
| 2021.09.09 | Non-Sensitive | 3/8/2021 | | 266T-SL-3401846_0000003_Redacted.pdf | NS0001 |
| 2021.09.09 | Non-Sensitive | 3/8/2021 | | 266T-SL-3401846_0000003_1A0000002_0000001.JPG | NS0002 |
| 2021.09.09 | Non-Sensitive | 3/8/2021 | | 266T-SL-3401846_0000003_1A0000002_0000002.JPG | NS0003 |
| 2021.09.09 | Non-Sensitive | 3/8/2021 | | 266T-SL-3401846_0000003_1A0000002_0000003.JPG | NS0004 |
| 2021.09.09 | Non-Sensitive | 3/8/2021 | | 266T-SL-3401846_0000003_1A0000002_0000004.JPG | NS0005 |
| 2021.09.09 | Non-Sensitive | 3/8/2021 | | 266T-SL-3401846_0000003_1A0000002_0000005.JPG | NS0006 |
| 2021.09.09 | Non-Sensitive | 3/8/2021 | | 266T-SL-3401846_0000003_1A0000002_0000006.JPG | NS0007 |
| 2021.09.09 | Non-Sensitive | 3/8/2021 | | 266T-SL-3401846_0000003_1A0000002_0000007.JPG | NS0008 |
| 2021.09.09 | Non-Sensitive | 3/8/2021 | | 266T-SL-3401846_0000003_1A0000002_0000008.JPG | NS0009 |
| 2021.09.09 | Non-Sensitive | 3/8/2021 | | 266T-SL-3401846_0000003_1A0000002_0000009.JPG | NS0010 |
| 2021.09.09 | Non-Sensitive | 3/8/2021 | | 266T-SL-3401846_0000003_1A0000002_0000010.JPG | NS0011 |
| 2021.09.09 | Non-Sensitive | 3/8/2021 | | 266T-SL-3401846_0000003_1A0000002_0000011.JPG | NS0012 |
| 2021.09.09 | Non-Sensitive | 3/8/2021 | | 266T-SL-3401846_0000003_1A0000003_0000001_Redacted.pdf | NS0013 |
| 2021.09.09 | Non-Sensitive | 3/8/2021 | | 266T-SL-3401846_0000004.pdf | NS0015 |
| 2021.09.09 | Non-Sensitive | 3/8/2021 | | 266T-SL-3401846_0000004_1A0000004_0000001.jpg | NS0015 |
| 2021.09.09 | Non-Sensitive | 3/8/2021 | | 266T-SL-3401846_0000004_1A0000005_0000001_Redacted.pdf | NS0017 |
| 2021.09.09 | Non-Sensitive | 3/8/2021 | | 266T-SL-3401846_0000004_1A0000006_0000001_Redacted.pdf | NS0019 |
| 2021.09.09 | Non-Sensitive | 3/9/2021 | | 266T-SL-3401846_0000005_Redacted.pdf | NS0020 |
| 2021.09.09 | Non-Sensitive | 3/9/2021 | | 266T-SL-3401846_0000005_1A0000008_0000001.mp4 | RAW FILE |
| 2021.09.09 | Non-Sensitive | 3/9/2021 | | 266T-SL-3401846_0000005_1A0000008_0000002.PNG | NS0022 |
| 2021.09.09 | Non-Sensitive | 3/9/2021 | | 266T-SL-3401846_0000005_1A0000008_0000003.PNG | NS0023 |
| 2021.09.09 | Non-Sensitive | 3/9/2021 | | 266T-SL-3401846_0000005_1A0000008_0000004.PNG | NS0024 |
| 2021.09.09 | Non-Sensitive | 3/9/2021 | | 266T-SL-3401846_0000006_Redacted.pdf | NS0025 |
| 2021.09.09 | Non-Sensitive | 3/9/2021 | | 266T-SL-3401846_0000006_1A0000018_0000001.PNG | NS0033 |
| 2021.09.09 | Non-Sensitive | 3/9/2021 | | 266T-SL-3401846_0000006_1A0000018_0000002.PNG | NS0034 |
| 2021.09.09 | Non-Sensitive | 3/9/2021 | | 266T-SL-3401846_0000006_1A0000018_0000003.PNG | NS0035 |
| 2021.09.09 | Non-Sensitive | 3/9/2021 | | 266T-SL-3401846_0000006_1A0000018_0000004.PNG | NS0036 |
| 2021.09.09 | Non-Sensitive | 3/9/2021 | | 266T-SL-3401846_0000006_1A0000018_0000005.PNG | NS0037 |
| 2021.09.09 | Non-Sensitive | 3/9/2021 | | 266T-SL-3401846_0000006_1A0000018_0000006.PNG | NS0038 |
| 2021.09.09 | Non-Sensitive | 3/9/2021 | | 266T-SL-3401846_0000006_1A0000018_0000007.PNG | NS0039 |
| 2021.09.09 | Non-Sensitive | 3/9/2021 | | 266T-SL-3401846_0000006_1A0000018_0000008.PNG | NS0040 |
| 2021.09.09 | Non-Sensitive | 3/9/2021 | | 266T-SL-3401846_0000006_1A0000018_0000009.PNG | NS0041 |
| 2021.09.09 | Non-Sensitive | 3/9/2021 | | 266T-SL-3401846_0000006_1A0000018_0000010.PNG | NS0042 |
| 2021.09.09 | Non-Sensitive | 3/10/2021 | | 266T-SL-3401846_0000007_1A0000007_0000001.PNG | NS0043 |
| 2021.09.09 | Non-Sensitive | 3/10/2021 | | 266T-SL-3401846_0000008_1A0000008_0000001.PNG | NS0044 |
| 2021.09.09 | Non-Sensitive | 3/10/2021 | | 266T-SL-3401846_0000009_Redacted.pdf | NS0045 |
| 2021.09.09 | Non-Sensitive | 3/10/2021 | | 266T-SL-3401846_0000010_Redacted.pdf | NS0046 |
| 2021.09.09 | Non-Sensitive | 3/18/2021 | | 266T-SL-3401846_0000011_1A0000041_0000001.mp4 | RAW FILE |
| 2021.09.09 | Non-Sensitive | 4/21/2021 | | 266T-SL-3401846_0000016.pdf | NS0047 |
| 2021.09.09 | Non-Sensitive | 4/23/2021 | | 266T-SL-3401846_0000017_Redacted.pdf | NS0048 |
| 2021.09.09 | Non-Sensitive | 4/23/2021 | | 266T-SL-3401846_0000017_1A0000009_0000001.png | NS0050 |
| 2021.09.09 | Non-Sensitive | 4/23/2021 | | 266T-SL-3401846_0000017_1A0000009_0000002.png | NS0051 |
| 2021.09.09 | Non-Sensitive | 4/23/2021 | | 266T-SL-3401846_0000017_1A0000009_0000003.png | NS0052 |
| 2021.09.09 | Non-Sensitive | 4/23/2021 | | 266T-SL-3401846_0000017_1A0000009_0000004.png | NS0053 |
| 2021.09.09 | Non-Sensitive | 4/23/2021 | | 266T-SL-3401846_0000017_1A0000009_0000005.png | NS0054 |
| 2021.09.09 | Non-Sensitive | 4/23/2021 | | 266T-SL-3401846_0000017_1A0000009_0000006.png | NS0055 |
| 2021.09.09 | Non-Sensitive | 4/23/2021 | | 266T-SL-3401846_0000017_1A0000009_0000007.png | NS0056 |
| 2021.09.09 | Non-Sensitive | 4/23/2021 | | 266T-SL-3401846_0000017_1A0000009_0000008.png | NS0057 |
| 2021.09.09 | Non-Sensitive | 4/23/2021 | | 266T-SL-3401846_0000017_1A0000010_0000001.mp4 | RAW FILE |

# Attachment A - Discovery Index
## (as of September 11, 2021)

| Production Date | Protective Order Sensitivity | Document Date | Title | File Name | Bates (1st Page) |
|---|---|---|---|---|---|
| 2021.09.09 | Non-Sensitive | 4/23/2021 | | 266T-SL-3401846_0000017_1A0000010_0000002.mp4 | RAW FILE |
| 2021.09.09 | Non-Sensitive | 4/27/2021 | | 266T-SL-3401846_0000018_Redacted.pdf | NS0058 |
| 2021.09.09 | Non-Sensitive | 4/27/2021 | | 266T-SL-3401846_0000018_1A0000011_0000001.pdf | NS0060 |
| 2021.09.09 | Non-Sensitive | 4/29/2021 | | 266T-SL-3401846_0000019_Redacted.pdf | NS0061 |
| 2021.09.09 | Non-Sensitive | 5/21/2021 | | 266T-SL-3401846_0000020_Redacted.pdf | NS0063 |
| 2021.09.09 | Non-Sensitive | 5/21/2021 | | 266T-SL-3401846_0000020_1A0000014_0000001.pdf | NS0065 |
| 2021.09.09 | Non-Sensitive | 5/24/2021 | | 266T-SL-3401846_0000023_Redacted.pdf | NS0076 |
| 2021.09.09 | Non-Sensitive | 5/24/2021 | | 266T-SL-3401846_0000023_1A0014197_0000001.jpg | NS0077 |
| 2021.09.09 | Non-Sensitive | 5/24/2021 | | 266T-SL-3401846_0000023_1A0014197_0000002.docx | NS0078 |
| 2021.09.09 | Non-Sensitive | 5/24/2021 | | 266T-SL-3401846_0000023_1A0014197_0000003.png | NS0079 |
| 2021.09.09 | Non-Sensitive | 5/26/2021 | | 266T-SL-3401846_0000024_Redacted.pdf | NS0081 |
| 2021.09.09 | Non-Sensitive | 5/26/2021 | | 266T-SL-3401846_0000024_1A0000015_0000001.zip | RAW FILE |
| 2021.09.09 | Non-Sensitive | 5/26/2021 | | 266T-SL-3401846_0000024_Import.rtf | NS0082 |
| 2021.09.09 | Non-Sensitive | 6/9/2021 | | 266T-SL-3401846_0000026.pdf | NS0083 |
| 2021.09.09 | Non-Sensitive | 6/9/2021 | | 266T-SL-3401846_0000026_1A0000016_0000001.pdf | NS0084 |
| 2021.09.09 | Non-Sensitive | 6/9/2021 | | 266T-SL-3401846_0000026_1A0000017_0000001.pdf | NS0086 |
| 2021.09.09 | Non-Sensitive | 6/9/2021 | | 266T-SL-3401846_0000027.pdf | NS0095 |
| 2021.09.09 | Non-Sensitive | 6/9/2021 | | 266T-SL-3401846_0000027_1A0000018_0000001.msg | NS0096 |
| 2021.09.09 | Non-Sensitive | 6/9/2021 | | 266T-SL-3401846_0000027_1A0000019_0000001.pdf | NS0099 |
| 2021.09.09 | Non-Sensitive | 6/9/2021 | | 266T-SL-3401846_0000027_1A0000019_0000002.pdf | NS0102 |
| 2021.09.09 | Non-Sensitive | 6/10/2021 | | 266T-SL-3401846_0000028_1A0000020_0000001.PNG | NS0106 |
| 2021.09.09 | Non-Sensitive | 6/14/2021 | | 266T-SL-3401846_0000029_Redacted.pdf | NS0107 |
| 2021.09.09 | Non-Sensitive | 6/14/2021 | | 266T-SL-3401846_0000029_1A0000024_0000001.PNG | NS0109 |
| 2021.09.09 | Non-Sensitive | 6/14/2021 | | 266T-SL-3401846_0000029_1A0000025_0000001_PHYSICAL.pdf | NS0110 |
| 2021.09.09 | Non-Sensitive | 6/14/2021 | | 266T-SL-3401846_0000029_1A0000026_0000001.pdf | NS0111 |
| 2021.09.09 | Non-Sensitive | 6/14/2021 | | 266T-SL-3401846_0000030_Redacted.pdf | NS0112 |
| 2021.09.09 | Non-Sensitive | 6/14/2021 | | 266T-SL-3401846_0000030_1A0000027_0000001.csv | RAW FILE |
| 2021.09.09 | Non-Sensitive | 6/15/2021 | | 266T-SL-3401846_0000031_Redacted.pdf | NS0113 |
| 2021.09.09 | Non-Sensitive | 6/15/2021 | | 266T-SL-3401846_0000031_1A0014666_0000001_PHYSICAL.pdf | NS0114 |
| 2021.09.09 | Non-Sensitive | 6/15/2021 | | 266T-SL-3401846_0000031_Import.pdf | NS0115 |
| 2021.09.09 | Non-Sensitive | 6/16/2021 | | 266T-SL-3401846_0000033_Redacted.pdf | NS0118 |
| 2021.09.09 | Non-Sensitive | 6/16/2021 | | 266T-SL-3401846_0000033_1A0000031_0000001.jpg | NS0120 |
| 2021.09.09 | Non-Sensitive | 6/17/2021 | | 266T-SL-3401846_0000035_Redacted.pdf | NS0121 |
| 2021.09.09 | Non-Sensitive | 6/17/2021 | | 266T-SL-3401846_0000035_1A0000033_0000001.png | NS0122 |
| 2021.09.09 | Non-Sensitive | 6/21/2021 | | 266T-SL-3401846_0000037_Redacted.pdf | NS0123 |
| 2021.09.09 | Non-Sensitive | 6/21/2021 | | 266T-SL-3401846_0000037_Import.msg | NS0124 |
| 2021.09.09 | Non-Sensitive | 6/23/2021 | | 266T-SL-3401846_0000038_Redacted.pdf | NS0126 |
| 2021.09.09 | Non-Sensitive | 6/24/2021 | | 266T-SL-3401846_0000039_Redacted.pdf | NS0127 |
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040.pdf | NS0128 |
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040_1A0000034_0000001.jpg | NS0130 |
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040_1A0000034_0000002.jpg | NS0131 |
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040_1A0000034_0000003.jpg | NS0132 |
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040_1A0000035_0000001.jpg | NS0133 |

# Attachment A - Discovery Index
## (as of September 11, 2021)

| Production Date | Protective Order Sensitivity | Document Date | Title | File Name | Bates (1st Page) |
|---|---|---|---|---|---|
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040_1A0000035_0000002.jpg | NS0134 |
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040_1A0000035_0000003.jpg | NS0135 |
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040_1A0000036_0000001.pdf | NS0136 |
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040_1A0000037_0000001.PNG | NS0137 |
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040_1A0000038_0000001.JPG | NS0138 |
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040_1A0000038_0000002.JPG | NS0139 |
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040_1A0000038_0000003.JPG | NS0140 |
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040_1A0000038_0000004.JPG | NS0141 |
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040_1A0000038_0000005.JPG | NS0142 |
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040_1A0000038_0000006.JPG | NS0143 |
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040_1A0000038_0000007.JPG | NS0144 |
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040_1A0000038_0000008.JPG | NS0145 |
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040_1A0000038_0000009.JPG | NS0146 |
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040_1A0000038_0000010.JPG | NS0147 |
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040_1A0000038_0000011.JPG | NS0148 |
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040_1A0000038_0000012.JPG | NS0149 |
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040_1A0000038_0000013.JPG | NS0150 |
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040_1A0000038_0000014.JPG | NS0151 |
| 2021.09.09 | Non-Sensitive | 6/30/2021 | | 266T-SL-3401846_0000040_1A0000038_0000015.JPG | NS0152 |
| 2021.09.09 | Non-Sensitive | 7/1/2021 | | 266T-SL-3401846_0000041_Redacted.pdf | NS0153 |
| 2021.09.09 | Non-Sensitive | 7/1/2021 | | 266T-SL-3401846_0000041_1A0000039_0000001.pdf | NS0154 |
| 2021.09.09 | Non-Sensitive | 7/1/2021 | | 266T-SL-3401846_0000041_1A0000040_0000001.pdf | NS0155 |
| 2021.09.09 | Non-Sensitive | 7/1/2021 | | 266T-SL-3401846_0000041_1A0000041_0000001_PHYSICAL.pdf | NS0156 |
| 2021.09.09 | Non-Sensitive | 7/2/2021 | | 266T-SL-3401846_0000044.pdf | NS157 |
| 2021.09.09 | Non-Sensitive | 7/2/2021 | | 266T-SL-3401846_0000044_1A0000044_0000001.JPG | NS0158 |
| 2021.09.09 | Non-Sensitive | 7/2/2021 | | 266T-SL-3401846_0000044_1A0000045_0000001.PNG | NS0159 |
| 2021.09.09 | Non-Sensitive | 7/6/2021 | | 266T-SL-3401846_0000045_Redacted.pdf | NS0160 |
| 2021.09.09 | Non-Sensitive | 7/6/2021 | | 266T-SL-3401846_0000045_1A0000046_0000001_PHYSICAL.pdf | NS0162 |
| 2021.09.09 | Non-Sensitive | 4/12/2021 | | 266T-SL-3401846-GJ_0000001.pdf | NS0163 |
| 2021.09.09 | Non-Sensitive | 3/30/2021 | | 266T-SL-3401846-INTELPRODS_0000001_1A0000001_0000002.pdf | NS0165 |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |

**U.S. v. Nicholas Kennedy, 21CR487**

# Attachment A - Discovery Index
## (as of September 11, 2021)

| Production Date | Protective Order Sensitivity | Document Date | Title | File Name | Bates (1st Page) |
|---|---|---|---|---|---|
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.10 | Non-Sensitive | N/A | | | RAW FILE |
| 2021.09.11 | Non-Sensitive | 7/7/2021 | | 266T-SL-3401846_0000047.pdf | NS0198 |
| 2021.09.11 | Non-Sensitive | 7/7/2021 | | 266T-SL-3401846_0000050.pdf | NS0199 |
| 2021.09.11 | Non-Sensitive | 7/14/2021 | | 266T-SL-3401846_0000052.pdf | NS0200 |
| 2021.09.11 | Non-Sensitive | 7/14/2021 | | 266T-SL-3401846_0000052_1A0000049_0000001.pdf | NS0202 |
| 2021.09.11 | Non-Sensitive | 7/14/2021 | | 266T-SL-3401846_0000052_1A0000050_0000001.pdf | NS0203 |
| 2021.09.11 | Non-Sensitive | 7/30/2021 | | 266T-SL-3401846_0000054.pdf | NS0204 |
| 2021.09.11 | Non-Sensitive | 7/30/2021 | | 266T-SL-3401846_0000055.pdf | NS0205 |
| 2021.09.11 | Non-Sensitive | 8/5/2021 | | 266T-SL-3401846_0000056.pdf | NS0206 |
| 2021.09.11 | Non-Sensitive | 8/5/2021 | | 266T-SL-3401846_0000056_1A0000052_0000001.pdf | NS0207 |
| 2021.09.11 | Non-Sensitive | 8/10/2021 | | 266T-SL-3401846_0000057.pdf | NS0208 |
| 2021.09.11 | Non-Sensitive | 8/10/2021 | | 266T-SL-3401846_0000057_1A0000053_0000001.pdf | NS0209 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000058.pdf | NS0211 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059.pdf | NS0212 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000054_0000001.pdf | NS0213 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000055_0000001.pdf | NS0214 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000001.JPG | NS0215 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000002.JPG | NS0216 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000003.JPG | NS0217 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000004.JPG | NS0218 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000005.JPG | NS0219 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000006.JPG | NS0220 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000007.JPG | NS0221 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000008.JPG | NS0222 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000009.JPG | NS0223 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000010.JPG | NS0224 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000011.JPG | NS0225 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000012.JPG | NS0226 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000013.JPG | NS0227 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000014.JPG | NS0228 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000015.JPG | NS0229 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000016.JPG | NS0230 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000017.JPG | NS0231 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000018.JPG | NS0232 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000019.JPG | NS0233 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000020.JPG | NS0234 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000021.JPG | NS0235 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000022.JPG | NS0236 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000023.JPG | NS0237 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000024.JPG | NS0238 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000025.JPG | NS0239 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000026.JPG | NS0240 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000027.JPG | NS0241 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000028.JPG | NS0242 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000029.JPG | NS0243 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000030.JPG | NS0244 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000031.JPG | NS0245 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000032.JPG | NS0246 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000056_0000033.JPG | NS0247 |
| 2021.09.11 | Non-Sensitive | 8/11/2021 | | 266T-SL-3401846_0000059_1A0000057_0000001.pdf | NS0248 |
| 2021.09.11 | Non-Sensitive | 8/13/2021 | | 266T-SL-3401846_0000060.pdf | NS0249 |

# Attachment A - Discovery Index
## (as of September 11, 2021)

| Production Date | Protective Order Sensitivity | Document Date | Title | File Name | Bates (1st Page) |
|---|---|---|---|---|---|
| 2021.09.11 | Non-Sensitive | 8/13/2021 | | 266T-SL-3401846_0000060_Import.rtf | NS0250 |
| 2021.09.11 | Non-Sensitive | 8/18/2021 | | 266T-SL-3401846_0000061.pdf | NS0251 |
| 2021.09.09 | Sensitive | 3/5/2021 | | 266T-SL-3401846_0000001_1A0000001_0000001_Redacted.pdf | SEN0001 |
| 2021.09.09 | Sensitive | 3/5/2021 | | 266T-SL-3401846_0000002_Redacted.pdf | SEN0084 |
| 2021.09.09 | Sensitive | 3/5/2021 | | 266T-SL-3401846_0000002_1A0000002_0000001_PHYSICAL.pdf | SEN0088 |
| 2021.09.09 | Sensitive | 3/5/2021 | | 266T-SL-3401846_0000002_0000002.pdf | SEN0089 |
| 2021.09.09 | Sensitive | 3/9/2021 | | 266T-SL-3401846_0000006_1A0000017_0000001_Redacted.pdf | SEN0092 |
| 2021.09.09 | Sensitive | 3/9/2021 | | 266T-SL-3401846_0000007_Redacted.pdf | SEN0095 |
| 2021.09.09 | Sensitive | 3/9/2021 | | 266T-SL-3401846_0000007_1A0000019_0000001.JPG | SEN0099 |
| 2021.09.09 | Sensitive | 3/9/2021 | | 266T-SL-3401846_0000007_1A0000019_0000003.JPG | SEN0100 |
| 2021.09.09 | Sensitive | 3/10/2021 | | 266T-SL-3401846_0000008.pdf | SEN0101 |
| 2021.09.09 | Sensitive | 4/19/2021 | | 266T-SL-3401846_0000015_Redacted.pdf | SEN0102 |
| 2021.09.09 | Sensitive | 4/29/2021 | | 266T-SL-3401846_0000019_1A0000013_0000001.pdf | SEN0108 |
| 2021.09.09 | Sensitive | 5/21/2021 | | 266T-SL-3401846_0000020_1A0000014_0000002.pdf | SEN0113 |
| 2021.09.09 | Sensitive | 5/21/2021 | | 266T-SL-3401846_0000021_Redacted.pdf | SEN0154 |
| 2021.09.09 | Sensitive | 5/21/2021 | | 266T-SL-3401846_0000021_1A0000002_0000001_Redacted.pdf | SEN0156 |
| 2021.09.09 | Sensitive | 6/8/2021 | | 266T-SL-3401846_0000025.pdf | SEN0159 |
| 2021.09.09 | Sensitive | 6/8/2021 | | 266T-SL-3401846_0000025_Import.docx | SEN0160 |
| 2021.09.09 | Sensitive | 6/10/2021 | | 266T-SL-3401846_0000028_Redacted.pdf | SEN0226 |
| 2021.09.09 | Sensitive | 6/10/2021 | | 266T-SL-3401846_0000028_1A0000021_0000001_Redacted.pdf | SEN0228 |
| 2021.09.09 | Sensitive | 6/10/2021 | | 266T-SL-3401846_0000028_1A0000022_0000001_Redacted.pdf | SEN0234 |
| 2021.09.09 | Sensitive | 6/10/2021 | | 266T-SL-3401846_0000028_1A0000023_0000001_Redacted.pdf | SEN0245 |
| 2021.09.09 | Sensitive | 6/16/2021 | | 266T-SL-3401846_0000032_Redacted.pdf | SEN0251 |
| 2021.09.09 | Sensitive | 6/16/2021 | | 266T-SL-3401846_0000032_1A0000028_0000001_Redacted.pdf | SEN0253 |
| 2021.09.09 | Sensitive | 6/16/2021 | | 266T-SL-3401846_0000032_1A0000029_0000001.JPG | SEN0254 |
| 2021.09.09 | Sensitive | 6/17/2021 | | 266T-SL-3401846_0000034_Redacted.pdf | SEN0255 |
| 2021.09.09 | Sensitive | 6/17/2021 | | 266T-SL-3401846_0000034_1A0000032_0000001_PHYSICAL.pdf | SEN0256 |
| 2021.09.09 | Sensitive | 6/24/2021 | | 266T-SL-3401846_0000039_Import.pdf | SEN0257 |
| 2021.09.09 | Sensitive | 4/12/2021 | | 266T-SL-3401846-GJ_0000001_1A0000002_0000001 (SENSITIVE DISCOVERY).zip | RAW FILE |
| 2021.09.11 | Sensitive | 7/12/2021 | | 266T-SL-3401846_0000051.pdf | SEN0354 |
| 2021.09.11 | Sensitive | 7/12/2021 | | 266T-SL-3401846_0000051_1A0000048_0000001.pdf | SEN0356 |
| 2021.09.11 | Sensitive | 7/30/2021 | | 266T-SL-3401846_0000053.pdf | SEN0359 |
| 2021.09.11 | Sensitive | 7/30/2021 | | 266T-SL-3401846_0000053_1A0000051_0000001.pdf | SEN0360 |
| 2021.09.09 | Highly Sensitive | 3/9/2021 | | 266T-SL-3401846_0000007_1A0000019_0000002.pdf | HS0001 |
| 2021.09.09 | Highly Sensitive | 3/18/2021 | | 266T-SL-3401846_0000011.pdf | HS0006 |
| 2021.09.09 | Highly Sensitive | 4/27/2021 | | 266T-SL-3401846_0000018_1A0000012_0000001.msg.Redacted | HS0011 |
| 2021.09.11 | Highly Sensitive | 7/7/2021 | | 266T-SL-3401846_0000047_Import.rtf | HS0014 |
| 2021.09.11 | Highly Sensitive | 7/7/2021 | | 266T-SL-3401846_0000050_Import.rtf | HS0017 |