

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

September 13, 2021

**Via Email:** scott_tilsen@fd.org

Scott F. Tilsen
Federal Public Defender
325 Broadway
Cape Girardeau, MO 63701

   **Re:**  ***United States v. Nicholas K. Kennedy***
       **Case Nos. 21-CR-487 (CKK)**

Dear Counsel:

   I am writing to give you an opportunity to obtain copies of your client's electronic devices and to view physical evidence in this case. I have attached a list of evidence seized from your client. The government will also produce in discovery reports for all accounts and electronic devices related to your client. Generally, that discovery will include a forensic report documenting the portions of the account or device that were deemed responsive to a warrant, and not the entirety of the device or account.

   In the meantime, if you would like a copy of the government's extraction from any of the electronic devices on the attached list, please place an "X" in the cell next to the device(s) and return the spreadsheet to me. Extractions for computers will be E01 files that are not readily viewable without forensic software. For mobile devices, we will generally provide a Cellebrite reader report which is an executable file and will open on any Windows machine. I will contact the FBI to determine the location of any requested device(s) and to obtain a recommendation for the size and type of hard drive that will be required. I will then provide you a name and address where you can send (or have a vendor send) a hard drive to have the images loaded. The FBI will return your hard drive directly to the address you specify. Accordingly, please ensure that the hard drive is clearly labeled with the defendant's name and case number as well as a point of contact to receive the drive including, name, firm, address, and telephone number.

   Generally, depending on the location and number of devices at issue, the government estimates that it could take approximately thirty days to complete this process.

Please let us know if there are additional seized accounts or devices that you seek because they belong to your client. Finally, if you would like to inspect any of the physical evidence seized in this case, please let me know.

Sincerely,

*s/ Christopher K. Veatch*
CHRISTOPHER K. VEATCH
Assistant United States Attorney

Enclosure(s)

| Item # | Type | Collected On | Barcode | Acquisition Event | Description | Holding Office | Location Barcode | Requested by Defense |
|---|---|---|---|---|---|---|---|---|
| 1B1 | Digital | 6/17/2021 15 00 | E6857782 | | | SL - ST LOUIS | E5391534 | |
| 1B2 | General | 7/28/2021 10 50 | E6857970 | | | SL - ST LOUIS | E5391522 | |
| 1B3 | Digital | 7/28/2021 11 10 | E6857997 | | | SL - ST LOUIS | E5391534 | |
| 1B4 | Digital | 9/2/2021 16 00 | E6858129 | | | SL - ST LOUIS | E5391534 | |
| 1B5 | Digital | 9/1/2021 16 00 | E6858130 | | | SL - ST LOUIS | E5391534 | |
| 1D1 | ELSUR | 7/28/2021 16 44 | E6159873 | | | SL - ST LOUIS | E03360673 | |
| 1D2 | ELSUR | 8/10/2021 15 00 | E6159886 | | | SL - ST LOUIS | E03360673 | |