IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:21-CR-487  CKK |
| | ) | |
| NICHOLAS L. KENNEDY, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Comes now attorney Jacob A. Zimmerman, and enters his appearance on behalf of Defendant as CJA appointed counsel.

Respectfully submitted,
ZIMMERMAN LAW, LLC

/s/ Jacob Zimmerman
_____
Jacob Zimmerman Bar No: MO0023
Attorney for Defendant
1440 Kurre Lane
Cape Girardeau, MO 63701
(573) 803-3386
jacob@zimmermanlawllc.com

**Certificate of Service**

Comes now the undersigned, and certifies that a true and accurate copy of the foregoing, was served on all parties by function of this Court's E-file system on this 6th day of February, 2022.

/s/ Jacob Zimmerman
_____
Jacob Zimmerman