IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:21-CR-487 CKK |
| ) | |
| NICHOLAS L. KENNEDY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

COMES NOW, Defendant, by and through counsel, and requests this Court grant him an extension of time to file pretrial motions. In support of this motion, Defendant states as follows:

1. Pretrial motions in this case are due today, April 18, 2022;

2. The 70 day deadline is July 1, 2022;

3. The parties have a status conference set with this Court on April 22, 2022;

4. The parties are still discussing a possible resolution to this case and Defendant is still reviewing discovery and considering possible pretrial motions;

5. Discovery in this case is voluminous, and several recent developments regarding similarly situated defendant's has shed new light on Defendant's case and potential pretrial motions;

6. Defendant understands that any extension would not be counted towards any deadlines pursuant to the Speedy Trial Act ;

7. The government does not object to this request.

WHEREFORE, Defendant requests this Court grant an extension of time to file pretrial motions until May 18, 2022, and for such further relief as this Court deems in the interests of justice.

Respectfully submitted,
ZIMMERMAN LAW, LLC

/s/ Jacob Zimmerman
_____
Jacob Zimmerman Bar No.: MO 0023
Attorney for Defendant
1440 Kurre Lane
Cape Girardeau, MO 63701
(573) 803-3386
jacob@zimmermanlawllc.com

**Certificate of Service**

Comes now the undersigned, and certifies that a true and accurate copy of the foregoing, was served on all parties by function of this Court's E-file system on this day 18th of April, 2022.

/s/ Jacob Zimmerman
_____
Jacob Zimmerman