# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMIBA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No.: 21-CR-00487-CKK |
| NICHOLAS L. KENNEDY | : | |
| | : | |
| DEFENDANT | : | |
| | : | |

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Jason McCullough, who will be replacing Christopher Veatch as the lead Assistant United States Attorney on the case.

Respectfully submitted,

DATED: August 25, 2022

MATTHEW GRAVES
Acting United States Attorney
D.C. Bar 481052

By: /s/ Jason McCullough
Jason Mccullough
Assistant United States Attorney
DC Bar No. 998006; NY Bar No. 4544953
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7233
Email: jason.mccullough2@usdoj.gov