UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIBA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-00487-CKK |
| NICHOLAS L. KENNEDY, : | |
| : | |
| DEFENDANT. : | |
| : | |

## PARTIES' RESPONSE TO COURT'S MINUTE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant, Nicholas Kennedy, by and through his attorney, Jacob Zimmerman, hereby inform the Court that the parties are not prepared to proceed with a plea hearing on August 30, 2022. The parties respectfully request that the Court convert the next hearing to a status hearing.

Respectfully submitted,

DATED: August 25, 2022

MATTHEW GRAVES
Acting United States Attorney
D.C. Bar 481052

By: /s/ Jason McCullough
Jason B.A. McCullough
Assistant United States Attorney
DC Bar No. 998006; NY Bar No. 4544953
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7233
Email: jason.mccullough2@usdoj.gov

ZIMMERMAN LAW, LLC
For Defendant Nicholas Kennedy

By: /s/ Jacob Zimmerman

Jacob Zimmerman
Bar No: MO0023
Attorney for Defendant
ZIMMERMAN LAW, LLC
1440 Kurre Lane
Cape Girardeau, MO 63701
(573) 803-3386
jacob@zimmermanlawllc.com

2