UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIBA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 21-CR-00487-CKK |
| **NICHOLAS L. KENNEDY,** | : | |
| | : | |
| **DEFENDANT.** | : | |
| | : | |

## PARTIES' RESPONSE TO COURT'S ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant, Nicholas Kennedy, by and through his attorney, Jacob Zimmerman, hereby inform the Court that the parties are not prepared to proceed with a plea hearing on January 9, 2023. The parties represent that a plea offer has been extended, and the Defendant is continuing to evaluate a potential resolution. The parties respectfully request that the Court reset the date for a change of plea hearing on February 8 – 10 or 20 - 24, 2023.

                                              Respectfully submitted,

DATED: January 3, 2023                   MATTHEW GRAVES
                                              Acting United States Attorney
                                              D.C. Bar 481052

                                        By: */s/ Jason McCullough*
                                            Jason B.A. McCullough
                                            Assistant United States Attorney
                                            DC Bar No. 998006; NY Bar No. 4544953
                                            United States Attorney's Office
                                            601 D Street, N.W.
                                            Washington, D.C.  20530
                                            Telephone: (202) 252-7233
                                            Email: jason.mccullough2@usdoj.gov

| | ZIMMERMAN LAW, LLC |
|---|---|
| For Defendant Nicholas Kennedy | By: /s/ Jacob Zimmerman |
| | Jacob Zimmerman |
| | Bar No: MO0023 |
| | Attorney for Defendant |
| | ZIMMERMAN LAW, LLC |
| | 1440 Kurre Lane |
| | Cape Girardeau, MO 63701 |
| | (573) 803-3386 |
| | jacob@zimmermanlawllc.com |

2