IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:21-CR-487 CKK |
| ) | |
| NICHOLAS L. KENNEDY, ) | |
| ) | |
| Defendant. ) | |

**WAIVER OF SPEEDY TRIAL MOTION**

Comes now Defendant, by and through counsel, and in waiving his right to a speedy trial, states as follows:

1. Defendant is charged by indictment with multiple counts relating to the January 6 riots;

2. Defendant understands that pursuant to 18 U.S.C. §3161, commonly called the Speedy Trial Act, he is entitled to a fast and speedy trial in this case;

3. Defendant has discussed his right to a speedy trial with his counsel;

4. Defendant believes it is in his best interest to waive his right to a speedy trial in this case;

5. Defendant understands that by waiving his right to a speedy trial in this case, he cannot reassert that right at a later date;

6. Defendant understands that by waiving his right to a speedy trial in this case, the time between January 9, 2023 and February 8, 2023, will be excluded from the calculation pursuant to the Speedy Trial Act;

7.  Defendant is executing this waiver freely and voluntarily, without being threatened or coerced.

WHEREFORE, Defendant requests this Court accept this waiver, and for such further relief as this Court deems in the interests of justice.

Respectfully Submitted

/s/ Jacob Zimmerman

Jacob A. Zimmerman, Bar No: MO 0023
ZIMMERMAN LAW, LLC
1440 Kurre Lane
Cape Girardeau, MO  63701
573 803-3386  phone
jacob@zimmermanlawllc.com
Attorney for Defendant

Defendant, Nicholas Kennedy, being duly sworn on his oath, and being of lawful age, states that the facts set forth in this Waiver of Speedy Trial are true and correct to his best knowledge and belief.

Nicholas Kennedy (Defendant)

Subscribed and sworn to before me on this 13th day of January, 2023.

Amy L. Powell
Notary Public

AMY L. POWELL
Notary Public - Notary Seal
Cape Girardeau County - State of Missouri
Commission Number 15638198
My Commission Expires Sep 22, 2023