UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-487 (CKK) |
| v. | : | |
| | : | |
| NICHOLAS KENNEDY, | : | |
| | : | |
| Defendant. | : | |

**PARTIES' RESPONSE TO COURT'S ORDER**

The Untied States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Nicholas Kennedy, by and through his attorney, Jacob Zimmerman, hereby inform the Court that the defendant does not intend to plead guilty at the hearing currently scheduled on February 8, 2023. The parties expect to be prepared to set a trial date at the status hearing on February 8, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

*/s/ Nadia E. Moore*
Nadia E. Moore
Assistant United States Attorney, Detailee
N.Y. Bar No. 4826566
271 Cadman Plaza East
Brooklyn, NY 11201
(718) 254-6362

*/s/ Jacob Zimmerman*
Jacob Zimmerman
Bar No.: MO0023
Zimmerman Law
1440 Kurre Lane
Cape Girardeau, MO 63701

*Counsel for defendant Nicholas Kennedy*