# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 21-0487 (CKK) |
| NICHOLAS L. KENNEDY, | |
| Defendant. | |

## PROPOSED PRETRIAL SCHEDULING ORDER
(Proposed Trial Date: November 13, 2023)

*Proposed Deadlines*

Discovery & Associated Deadlines

| | |
|---|---|
| Government to complete any final discovery under present indictment | 9/8/2023 |
| Aspirational date for grand jury decision re: superseding indictment | 9/15/2023 |
| Government to complete discovery under any superseding indictment | 9/15/2023 |
| Discovery motions (Fed. R. Crim. P. 16) | 9/22/2023 |

Expert Notices & Other Crimes Evidence

| | |
|---|---|
| Government's expert notice (FRE 701 & 702) | 9/15/2023 |
| Defendant's expert notice (FRE 701 & 702) | 9/15/2023 |
| Government's FRE 404(b) notice | 9/22/2023 |
| Defendant's response to FRE 404(b) notice | 9/15/2023 |
| *Brady* notice | |

Experts

| | |
|---|---|
| Expert reports (FRE 702) | 9/15/2023 |
| Lay witness identification and subject matter (FRE 701) | 9/22/2023 |

Non-Evidentiary Pretrial Motions

| | |
|---|---|
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | 9/19/2023 |
|     Government's response to Defendant's non-evidentiary motions | 10/3/2023 |
|     Defendant's reply as to non-evidentiary motions | 10/10/2023 |
| Government's non-evidentiary pretrial motions | 9/19/2023 |
|     Defendant's response to Government's non-evidentiary motions | 10/3/2023 |
|     Government's reply as to non-evidentiary motions | 10/10/2023 |

Evidentiary Pretrial Motions
Defendant's evidentiary pretrial motions,

| | |
|---|---|
| such as motions to suppress evidence, or *Daubert* | 9/28/2023 |
|     Government's response to Defendant's evidentiary motions | 10/12/2023 |
|     Defendant's reply as to evidentiary motions | 10/19/2023 |
| Government's evidentiary pretrial motions, | |
| such as *Daubert* and other crimes (404(b)) | 9/28/2023 |
|     Defendant's response to Government's evidentiary motions | 10/12/2023 |
|     Government's reply as to evidentiary motions | 10/19/2023 |

<u>Motions in Limine</u>

| | |
|---|---|
| Motions *in limine* by both sides | 10/5/2023 |
| Responses to motions *in limine* | 10/19/2023 |
| Replies as to motions *in limine* | 10/26/2023 |
| | |
| Joint notice of stipulations | 11/2/2023 |
| | |
| *Giglio*, *Jencks*, and Rule 26.2 material | 10/31/2023 |
| | |
| *Voir Dire* and Jury Instructions | 11/2/2023 |

<u>Witness and Exhibit Lists</u>

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | 10/31/2023 |
| Defendant's witness list, exhibit list and exhibits | 10/31/2023 |

Pre-Trial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**SO ORDERED.**

COLLEEN KOLLAR-KOTELLY
United States District Judge