# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-487 (CKK) |
| | : | |
| **NICHOLAS KENNEDY,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of Nadia E. Moore as counsel for the United States in the above-captioned matter.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              United States Attorney
                                              DC Bar No. 481052

By:    */s/ Nadia E. Moore*
          Nadia E. Moore, N.Y. Bar No. 4826566
            On Detail to the District of Columbia
          Assistant United States Attorney
          271 Cadman Plaza East
          Brooklyn, New York 11201
          (718) 254-6362
          Nadia.Moore@usdoj.gov