IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:21-CR-487 CKK |
| ) | |
| NICHOLAS L. KENNEDY, ) | |
| ) | |
| Defendant. ) | |

## WAIVER OF RIGHT TO JURY TRIAL

Comes now Defendant, by and through counsel, and in waiving his right to a jury trial, states as follows:

1. Defendant has been advised he has a Constitutional right to a jury trial in this case;

2. Defendant has discussed his right to a jury trial with his attorney;

3. Defendant believes it is in his best interest to waive his right to a jury trial in this case and have the judge as the sole fact finder in this case;

4. Defendant makes this decision freely and voluntarily without any threats or coercion;

5. Defendant hereby waives his right to a jury trial in this case.

Respectfully Submitted

/s/ Jacob Zimmerman

Jacob A. Zimmerman, Bar No: MO 0023
ZIMMERMAN LAW, LLC
1440 Kurre Lane
Cape Girardeau, MO 63701
573 803-3386 phone
jacob@zimmermanlawllc.com
Attorney for Defendant

Defendant, Nicholas Kennedy, being duly sworn on his oath, and being of lawful age, states that the facts set forth in this Waiver of Right to Jury Trial are true and correct to his best knowledge and belief.

_____
Nicholas Kennedy (Defendant)

Subscribed and sworn to before me on this 22nd day of January, 2024.

_____
Notary Public

CHRISTINA A HUTCHESON
Notary Public, Notary Seal
State of Missouri
Scott County
Commission # 23651645
My Commission Expires 04-16-2027