# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Case No.: 21-CR-487 (CKK)** |
| **NICHOLAS L. KENNEDY,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now also assigned to Assistant United States Attorney Alexis J. Loeb, detailed to the United States Attorney's Office for the District of Columbia. This is notice of her appearance in this matter on behalf of the United States.

AUSA Loeb will be substituting for AUSA Andrew Haag. AUSA Jason McCullough remains assigned to the case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052


   /s/ *Alexis J. Loeb*
ALEXIS J. LOEB
CA Bar No. 269895
Assistant United States Attorney, Detailed
601 D Street NW
Washington, D.C. 20579
Telephone No. (415) 436-7168
Alexis.Loeb@usdoj.gov

## CERTIFICATE OF SERVICE

On this 22nd day of January 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Alexis J. Loeb
Alexis J. Loeb
Assistant United States Attorney