UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIBA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No.: 21-CR-00487-CKK |
| NICHOLAS L. KENNEDY | : | |
| | : | |
| DEFENDANT | : | |
| | : | |

## GOVERNMENT'S UNOPPOSED MOTION TO RESET DEADLINE FOR PRODUCTION OF GIGLIO, JENCKS, AND RULE 26.2

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully files this unopposed motion to reset the deadline for the production of *Giglio, Jencks*, and Rule 26.2 material from February 15, 2024 to March 18, 2024. In support of this unopposed motion, the government asserts:

1. During the status conference on January 12, 2024, the Court ordered a series of deadlines to set the case for trial. *See* Minute Order Jan. 12, 2024.

2. The Court included a deadline for the production of *Giglio, Jencks*, and 26.2 material on February 15, 2024, which is more than seven weeks before trial.

3. The parties have met and conferred and, at the government's request, have reached agreement to reset the deadline for the production of *Giglio, Jencks*, and 26.2 material on March 18, 2024, which is three weeks before the start of trial.

4. The parties have been working diligently to exchange exhibits and discuss stipulations.

5. Defense counsel has authorized the government to represent that it does not oppose the relief sought in this motion.

Wherefore, the Government respectfully requests that the Court grant the Government's motion and reset the deadline for the production of *Giglio, Jencks*, and Rule 26.2 material to March 18, 2024.

        Respectfully submitted,

        MATTHEW GRAVES

        United States Attorney
        D.C. Bar 481052

By:  /s/ Jason McCullough
        Jason Mccullough
        DC Bar No. 998006; NY Bar No. 4544953
        Alexis J. Loeb
        CA Bar No. 269895
        Assistant United States Attorneys
        United States Attorney's Office
        601 D Street, N.W.
        Washington, D.C. 20530
        Telephone: (202) 252-7233
        Email: jason.mccullough2@usdoj.gov