## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMIBA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-00487-CKK |
| **NICHOLAS L. KENNEDY,** : | |
| : | |
| **Defendant.** : | |
| : | |

### GOVERNMENT'S UNOPPOSED MOTION TO RESET DEADLINE FOR SENTENCING MEMORANDA AND CONTINUE SENTENCING HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Nicholas L. Kennedy, by and through his counsel, Jacob Zimmerman, hereby submit this Joint Motion to Reset the Deadline for Sentencing Memoranda and Continue the Sentencing Hearing.

In furtherance of this Motion, the Parties state as follows:

1. On April 3, 2024, the parties appeared for a Stipulated Bench Trial as to Count Two and the entry of a guilty plea by the defendant on Counts One and Seven of the Second Superseding Indictment (ECF 63). With respect to Count Two, defendant expressly reserved arguments advanced by the petitioner in *Fischer v. United States*, No. 23-5572, which was pending before the Supreme Court on April 3, 2024.

2. On April 3, 2024, the Court rendered a verdict of Guilty as to Count Two and accepted the defendant's guilty plea as to Counts One and Seven.

3. On June 28, 2024, the Supreme Court issued its opinion in *Fischer v. United States*. *Fischer*, 144 S. Ct. 2176 (2024).

4. In *Fischer*, the Supreme Court did not reject the application of § 1512(c)(2) to all January 6 prosecutions. Rather, the Supreme Court explained that the government must

establish that the defendant impaired the availability or integrity for use in an official proceeding of records, documents, objects, or other things used in the proceeding – such as witness testimony or intangible information – or attempted to do so. *Id.* at 2186; *see also, id.* at 2194 (Jackson, J., concurring) ("And it might well be that Fischer's conduct, as alleged here, involved the impairment (or the attempted impairment) of the availability or integrity of things used during the January 6 proceeding").

5. Sentencing memoranda in this matter are currently due August 8, 2024, and the sentencing hearing is scheduled for August 28. Consistent with the Court's direction, the parties met and conferred before filing sentencing memoranda to discuss any outstanding issues.

6. Because the elements for Count Two did not require the Court to find that the defendant impair the availability or integrity for use in an official proceeding of records, documents, objects, or other things used in the proceeding, the parties have agreed to jointly request that the Court vacate the defendant's conviction under Count Two in light of this trial error and retry that count, applying *Fischer's* new standard to adjudicate guilt under 18 U.S.C. § 1512(c)(2). The parties agree to proceed on the same stipulated factual record that was presented to the Court in connection with the Stipulated Bench Trial/Guilty Plea proceeding on April 3, 2024. The parties envision that the retrial would consist of arguments regarding the application of the standard under *Fischer* to the existing factual record.

7. Accordingly, the parties jointly move this Court to vacate the deadlines for the submission of Sentencing Memoranda (currently August 8, 2024) and the Sentencing Hearing (currently August 28, 2024).

8. The parties respectfully request that that Court set a date for a Stipulated Bench Trial on Count Two for a day between September 17 and 27, which will allow the parties to submit a proposed revised legal instruction for Count Two and any additional briefing by August 30, 2024.

9. Once the Court has adjudicated the defendant's guilt on Count Two, the parties will be prepared to proceed to sentencing expeditiously.

    Respectfully submitted,
    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar 481052

By:   /s/ Alexis J. Loeb
    Jason B.A. McCullough
    DC Bar No. 998006; NY Bar No. 4544953
    Alexis J. Loeb
    CA Bar No. 269895
    Assistant United States Attorneys
    United States Attorney's Office
    601 D Street, N.W.
    Washington, D.C. 20530
    Telephone: (202) 252-7233
    Email: jason.mccullough2@usdoj.gov

    ZIMMERMAN LAW, LLC

For Defendant Nicholas Kennedy

By: /s/ Jacob Zimmerman
    Jacob Zimmerman
    Bar No: MO0023
    ZIMMERMAN LAW, LLC
    1440 Kurre Lane
    Cape Girardeau, MO 63701
    (573) 803-3386
    jacob@zimmermanlawllc.com