UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-487 (CKK) |
| | : | |
| NICHOLAS L. KENNEDY, | : | |
| | : | |
| | : | |
| | : | |
| Defendant. | : | |

NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Alexis Loeb, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   /s/ Alexis J. Loeb
Alexis J. Loeb
Assistant United States Attorney
CA Bar No. 269895
601 D Street, N.W.
Washington, DC 20530
415-436-7200
Alexis.Loeb@usdoj.gov