UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Crim. No. 21-cr-487 (CKK) |
| --- | --- | --- |
| v. | : | |
| NICHOLAS L. KENNEDY, | : | |
| Defendant. | : | |

**EXHIBIT LIST FOR STIPULATED TRIAL**

| Exhibit | Description | Paragraph(s) |
| --- | --- | --- |
| 41 | Interview of Nicholas Kennedy, July 28, 2021 | 71, 79 |
| 68-A | Texts with Family Member | 76 |
| 68-B | Texts with Family Member | 78 |
| 70 | Text with xxx-xxx-7375 | 77 |
| 73.002 | Kennedy Phone Image (12/2020) | 25 |
| 73.006 | Kennedy Phone Image (1/3/2021) | 34 |
| 73.012 | Kennedy Phone Image (11/7 - 30/2020) | 24 |
| 73.013 | Kennedy Phone Image (12/2020) | 25 |
| 73.014 | Kennedy Phone Image (11/5/2020) | 22 |
| 73.035 | Kennedy Phone Image (12/30/2020) | 33 |
| 73.081 | Kennedy Phone Image (12/2020) | 25 |
| 73.092 | Kennedy Phone Image (12/27/2020) | 32 |
| 73.098 | Kennedy Phone Image (11/7 - 30/2020) | 24 |
| 73.104 | Kennedy Phone Image (11/4/2020) | 21 |
| 73.113 | Kennedy Phone Image (11/7 - 30/2020) | 24 |

| 73.118 | Kennedy Phone Image (11/7 - 30/2020) | 24 |
| --- | --- | --- |
| 73.119 | Kennedy Phone Image (11/7 - 30/2020) | 24 |
| 73.120 | Kennedy Phone Image (11/7 - 30/2020) | 24 |
| 73.128 | Kennedy Phone Image (12/2020) | 25 |
| 73.131 | Kennedy Phone Image (11/7 - 30/2020) | 24 |
| 73.132 | Kennedy Phone Image (1/4/2021) | 37 |
| 73.147 | Kennedy Phone Image (11/7 - 30/2020) | 24 |
| 73.149 | Kennedy Phone Image (11/4/2020) | 20 |
| 73.158 | Kennedy Phone Image (12/16/2020) | 27 |
| 73.160 | Kennedy Phone Image (11/7 - 30/2020) | 24 |
| 73.188 | Kennedy Phone Image (12/24/2020) | 30 |
| 73.190 | Kennedy Phone Image (11/4/2020) | 21 |
| 73.194 | Kennedy Phone Image (11/7 - 30/2020) | 24 |
| 73.197 | Kennedy Phone Image (11/4/2020) | 21 |
| 73.198 | Kennedy Phone Image (11/7 - 30/2020) | 24 |
| 73.213 | Kennedy Phone Image (11/7 - 30/2020) | 24 |
| 73.218 | Kennedy Phone Image (12/26/2020) | 31 |
| 73.219 | Kennedy Phone Image (1/3/2021) | 35 |
| 73.220 | Kennedy Phone Image (12/2/2020) | 26 |
| 73.221 | Kennedy Phone Image (11/7 - 30/2020) | 24 |
| 73.232 | Kennedy Phone Image (12/27/2020) | 32 |
| 73.238 | Kennedy Phone Image (11/7 - 30/2020) | 24 |
| 73.242 | Kennedy Phone Image (11/7 - 30/2020) | 24 |

| | | |
|---|---|---|
| 73.248 | Kennedy Phone Image (12/2020) | 25 |
| 73.250 | Kennedy Phone Image (11/7 - 30/2020) | 24 |
| 73.255 | Kennedy Phone Image (11/15/2020) | 24 |
| 73.256 | Kennedy Phone Image (11/7 - 30/2020) | 24 |
| 73.259 | Kennedy Phone Image (11/7 - 30/2020) | 24 |
| 73.261 | Kennedy Phone Image (11/7 - 30/2020) | 24 |
| 73.266 | Kennedy Phone Image (11/7 - 30/2020) | 24 |
| 73.268 | Kennedy Phone Image (1/4/2021) | 36 |
| 73.273 | Kennedy Phone Image (11/7 - 30/2020) | 24 |
| 73.278 | Kennedy Phone Image (11/7 - 30/2020) | 24 |
| 73.285 | Kennedy Phone Image (12/16/2020) | 28 |
| 300 | CCTV Near Senate Wing Door (2:11 – 2:25 p.m.) | 55, 61 |
| 306 | CCTV Near Statuary Hall Connector (2:27 – 2:38 p.m.) | 63, 64 |
| 308 | CCTV Hallway Near House Main Door (2:35 – 2:49 p.m.) | 64, 69 |
| 314 | CCTV Near Senate Wing Door (3:01 – 3:03 p.m.) | 71 |
| 350 | CSPAN House Chamber (2:44 – 2:46 p.m.) | 67, 68 |
| 440 | USCP Radio Run (2:43 p.m.) | 69 |
| 500 | Open Source Footage: Insurgence USA | 58, 59, 63-66, |
| 503B | Rioter Footage: House Main Door | 68 |
| 504A | Rioter Footage: West Front | 47, 48 |
| 508 | Rioter Footage: West Front | 47 |
| 509 | Rioter Footage: Senate Wing Door | 54 |
| 512 | Open Source Footage: ABQ Raw | 45, 46 |

| 515B | Rioter Footage: West Front Scaffolding | 51 |
| --- | --- | --- |
| 517 | Rioter Footage: West Front | 48 |
| 518 | Open Source Footage: Senate Wing Door | 55 |
| 521 | Open Source Footage: Upper West Terrace | 53 |
| 522 | Open Source Footage: House Chamber | 68 |
| 524 | Open Source Footage: Washington Post, House Chamber | 63 |