**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )  Case No.  1:21-CR-487 CKK |
| | ) |
| NICHOLAS L. KENNEDY, | ) |
| | ) |
|     Defendant. | ) |

**CONSENT TO GOVERNMENT'S MOTION
TO DISMISS WITH PREJUDICE**

Comes now Defendant, by and through counsel, and in consenting to the dismissal of this matter, states as follows:

1. On January 21, 2025, the government filed document #92 and titled United States' Motion to Dismiss Second Superseding Indictment With Prejudice Pursuant to Federal Rule Criminal Procedure 48(a), (hereinafter referred to as Motion to Dismiss);

2. In that motion, the government moved to dismiss the entire indictment currently pending in this case, and any other proceeding indictments against Defendant relating to the January 6, 2021 cases;

3. Today, January 22, 2025 this Court entered a docket order requesting Defendant state his position regarding the government's Motion to Dismiss;

4. In accordance with Federal Rule of Criminal Procedure 48(a), Defendant hereby states that he gives his full and unambiguous consent to the government's Motion to Dismiss;

5.    Defendant gives his consent to the government's Motion to Dismiss freely and voluntarily without any threats or coercion.

WHEREFORE, in having complied with Federal Rule of Criminal Procedure 48(a), and with this Court's docket entry dated today, Defendant requests this Court enter an order granting the government's Motion to Dismiss.

Respectfully Submitted

/s/ Jacob Zimmerman

Jacob A. Zimmerman, Bar No: MO 0023
ZIMMERMAN LAW, LLC
1440 Kurre Lane
Cape Girardeau, MO 63701
573 803-3386 phone
jacob@zimmermanlawllc.com
Attorney for Defendant

Defendant, Nicholas Kennedy, being duly sworn on his oath, and being of lawful age, states that the facts set forth in this Waiver of Right to Jury Trial are true and correct to his best knowledge and belief.

Nicholas Kennedy (Defendant)

Subscribed and sworn to before me on this 23rd day of January, 2025.

Notary Public

AMY L. POWELL
Notary Public - Notary Seal
Cape Girardeau County - State of Missouri
Commission Number 15638198
My Commission Expires Sep 22, 2027