## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case No.: 21-CR-00487-CKK** |
| **NICHOLAS L. KENNEDY,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |

## UNITED STATES' MOTION TO DISMISS SECOND SUPERSEDING INDICTMENT WITH PREJUDICE PURSUANT TO FEDERAL RULE CRIMINAL PROCEDURE 48(a)

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice in response to the Court's Minute Order of January 22, 2025. The government, through undersigned counsel, states that it regards Kennedy's admitted attempt to obstruct a grand jury investigation as "conduct related to the events at or near the United States Capitol on January 6, 2021."

Accordingly, pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves to dismiss all counts of the Second Superseding Indictment and all previous indictments against the defendant with prejudice.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

By:     /s/ *Jennifer Blackwell*
JENNIFER LEIGH BLACKWELL
DC Bar No. 481097
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
jennifer.blackwell3@usdoj.gov

1